```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL CHIARACANE AND LUIS           :
MALDONADO,
                                      :
            Plaintiffs,
                                      :
      v.
                                      :    ORDER
PORT AUTHORITY TRANS-HUDSON
CORPORATION,                          :    18-CV-2995 (KNF)

            Defendant.
-----------------------------------------------------------X
```
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

On February 28, 2020, at 3:00 p.m., a telephonic final pretrial conference will be held.

To participate in the conference, the parties shall call (888) 557-8511 and enter access code 4862532.

Dated: New York, New York
      February 26, 2020                   SO ORDERED:

                                                    KEVIN NATHANIEL FOX
                                                    UNITED STATES MAGISTRATE JUDGE