```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MICHAEL CHIARACANE AND LUIS          :
MALDONADO,
                                      :
              Plaintiffs,
                                      :           ORDER
       v.
                                      :           18-CV-2995 (KNF)
PORT AUTHORITY TRANS-HUDSON
CORPORATION,                          :

              Defendant.              :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE
```

The trial of this action will commence on April 20, 2020, at 10:00 a.m. in courtroom 228, 40 Centre Street, New York, New York.

Dated: New York, New York  
March 3, 2020

SO ORDERED:

*[signature]*  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE

1