UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL CHIARACANE and
LUIS MALDONADO,

               Plaintiffs,

   -against-

**ORDER**
18 CV 2995 (KNF)

PORT AUTHORITY TRANS-HUDSON
CORPORATION, et al.,

               Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The jury trial of this action scheduled to commence on April 20, 2020, is adjourned *sine die*.

Dated:  New York, New York        SO ORDERED:
        March 26, 2020

                                                          KEVIN NATHANIEL FOX
                                                          UNITED STATES MAGISTRATE JUDGE