UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL CHIARACANE and                              :
LUIS MALDONADO,                                     :
                                                    :
                    Plaintiffs,                     :
        -against-                                   :           **ORDER**
                                                    :           18 CV 2995 (KNF)
PORT AUTHORITY TRANS-HUDSON                         :
CORPORATION, et al.,                                :
                                                    :
                                                    :
                    Defendants.                     :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A telephone conference shall be held with the parties on September 10, 2020, at 10:45 a.m.

The parties shall use call-in number (888) 557-8511 and access code 4862532.

Dated:   New York, New York             SO ORDERED:
         August 31, 2020

                                        _____
                                        KEVIN NATHANIEL FOX
                                        UNITED STATES MAGISTRATE JUDGE