UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL CHIARACANE and
LUIS MALDONADO,

              Plaintiffs,

   -against-   **ORDER**
                                              18- CV- 2995 (KNF)

PORT AUTHORITY TRANS-HUDSON
CORPORATION, et al.,

              Defendants.
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The parties are directed to attend and commence the jury trial of this action on December 9, 2020, at 10:00 a.m. The parties will be advised of the courtroom in which the trial will be conducted through a subsequent order.

Dated:  New York, New York          SO ORDERED:
         September 18, 2020

                                                              *Kevin Nathaniel Fox*
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE