```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MICHAEL CHIARACANE AND LUIS            :
MALDONADO,
                                       :
            Plaintiffs,
                                       :
      v.
                                       :     ORDER
PORT AUTHORITY TRANS-HUDSON
CORPORATION,                           :     18-CV-2995 (KNF)

            Defendant.                 :
------------------------------------------------------------X
```

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

In connection with the Revised Proposed Joint Pretrial Order, Docket Entry No. 113, the Court has made certain rulings, including concerning the parties' in limine motions and proposed evidence, leaving the plaintiffs' claims pursuant to the Federal Railroad Safety Act to be tried by the jury. Accordingly, on or before September 30, 2020, the parties shall file their revised proposed final joint pretrial order, which shall conform to the Court's pretrial rulings.

Dated: New York, New York
       September 23, 2020                SO ORDERED:

                                         _____
                                         KEVIN NATHANIEL FOX
                                         UNITED STATES MAGISTRATE JUDGE