UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL CHIARACANE and LUIS MALDONADO,

        Plaintiff,

    -against-

PORT AUTHORITY TRANS-HUDSON CORPORATION, ROBERT KUHFAHL, and VINCENT LOMBARDI,

        Defendants.
------------------------------------------------------------------X

ORDER

18-CV-2995 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A telephone conference will be held with the parties on October 29, 2020, at 2:00 p.m. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532. Please be advised that a court reporter will attend the conference via telephone.

Dated: New York, New York
       October 20, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE