UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
MICHAEL CHIARACANE and LUIS MALDONADO,

        Plaintiff,

       -against-

PORT AUTHORITY TRANS-HUDSON CORPORATION, ROBERT KUHFAHL, and VINCENT LOMBARDI,

        Defendants.
------------------------------------------------------------------------X

ORDER

18-CV-2995 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The United States District Court, Southern District of New York, determined, based upon the recommendation of its COVID-19 health and safety consultant, to suspend all jury trials scheduled to commence during the two weeks immediately following the 2020 Thanksgiving holiday weekend. The action was taken because data show outbreaks of COVID-19 follow holidays on which large numbers of people travel and gather with family and friends. Therefore, the jury trial of the instant action, which is scheduled to commence on December 9, 2020, is adjourned <u>sine</u> <u>die</u>. The parties will be advised as soon as a date on which the trial can commence is known.

Dated:  New York, New York
          November 6, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE