UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL CHIARACANE and LUIS MALDONADO,

        Plaintiff,

    -against-

PORT AUTHORITY TRANS-HUDSON CORPORATION, ROBERT KUHFAHL, and VINCENT LOMBARDI,

        Defendants.
------------------------------------------------------------------X

ORDER

18-CV-2995 (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    The trial of this action shall commence on February 23, 2021. However, the United States District Court, Southern District of New York, has suspended all in-person court proceedings through January 15, 2021, except for certain criminal proceedings, due to the COVID-19 pandemic. Depending upon guidance from public health officials, the suspension may be extended. The courtroom in which the action will be tried will be provide to the parties through a separate order.

Dated:  New York, New York
         December 23, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE