UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MICHAEL CHIARACANE and LUIS
MALDONALDO,                                     :

                    Plaintiffs,        :            **ORDER**

               -against-            :            18-CV-2995 (KNF)

PORT AUTHORITY TRANS-HUDSON      :
CORPORATION, ROBERT KUHFAHL,
and VINCENT LOMBARDI,                    :

                  Defendants.     :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      The trial of this action shall commence as scheduled on February 23, 2021. Jury selection will be conducted in the Jury Assembly Room, room 160, 500 Pearl Street, New York, New York. The time that jury selection will commence will follow in a subsequent order. Once jury selection is completed, the trial will be conducted in Courtroom 318, 40 Centre Street, New York, New York.

      The parties are directed to provide to the Court a flash drive, CD, or DVD, containing all trial exhibits, pre-marked, in pdf format, by February 17, 2021. This will allow trial participants and jurors to avoid the hand-to-hand exchange of exhibits. Exhibits will be displayed on a monitors.

      The parties are directed to review and comply with all Standing Orders issued by the Chief District Judge of the Southern District of New York relating to courthouse protocol during the COVID-19 pandemic, which can be found on the court's website at https://nysd.uscourts.gov/covid-19-coronavirus. Everyone entering the courthouse, including attorneys and witnesses, must meet the criteria for entry outlined in Amended Standing Order

21-MC-164, and will be required to complete a questionnaire and have his or her temperature taken, using a contactless thermometer. Persons entering the courthouse must wear either one N95 mask or double masks that cover the person's nose and mouth. All persons in the courthouse must comply with social distancing rules and remain at least six feet away from others, including co-counsel. Attorneys, witnesses, and other trial participants, as defined in Amended Standing Order 20-MC-316, will be permitted to bring with them into the courthouse one cellular telephone each. Counsel wishing to bring in additional electronic devices must fill out the Application to Bring an Electronic Device into Courthouse form available at https://nysd.uscourts.gov/sites/default/files/2020-06/Electronic%20Dev.pdf and submit it to the Court by email to knfoxnysdchambers@nysd.uscourts.gov.

Dated: New York, New York            SO ORDERED:
       February 10, 2021

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE