UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MICHAEL CHIARACANE and LUIS
MALDONALDO,                                    :

                            Plaintiffs,          :                **ORDER**

                      -against-               :                18-CV-2995 (KNF)

PORT AUTHORITY TRANS-HUDSON            :
CORPORATION, ROBERT KUHFAHL,
and VINCENT LOMBARDI,                          :

                      Defendants.       :
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Counsel to the parties are directed to arrive at Courtroom 318, 40 Centre Street, New York, New York, at 8:30 a.m. on Tuesday, February 23, 2021, to meet with the court's audio-visual staff and ensure that all electronic devices are functioning correctly. Jury selection will commence in the Jury Assembly Room, room 160, 500 Pearl Street, New York, New York, at approximately 9:30 a.m., with the trial to be conducted immediately thereafter in Courtroom 318, 40 Centre Street, New York, New York.

Dated: New York, New York        SO ORDERED:
       February 19, 2021

                                            /s/ Kevin Nathaniel Fox
                                            KEVIN NATHANIEL FOX
                                            UNITED STATES MAGISTRATE JUDGE

c