UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL CHIARACANE and LUIS : 
MALDONADO, :
 :
         Plaintiffs, :
 :       ORDER
    -against- :
 :    18-CV-2995 (KNF)
PORT AUTHORITY TRANS-HUDSON :
CORPORATION, ROBERT KUHFAHL, and :
VINCENT LOMBARDI, :
 :
         Defendants. :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on September 9, 2021, at 2:45 p.m. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York          SO ORDERED:
       September 1, 2021

                                                       _____
                                                       KEVIN NATHANIEL FOX
                                                       UNITED STATES MAGISTRATE JUDGE